IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **GEORGIA LALE** | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil No. 6:06-cv-00010 |
| | § | |
| **COASTAL MEDICAL SERVICES OF** | § | |
| **TEXAS, COASTAL TRANSPORTATION** | § | |
| **SERVICES INCORPORATED a/k/a** | § | |
| **COASTAL MEDICAL SERVICE** | § | |
| Defendant | § | |

### PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL/VIDEO DEPOSITION OF ROBERT HENDRICK AND OF DOCUMENTS TO BE PRODUCED

TO: DEFENDANTS, COASTAL MEDICAL SERVICES OF TEXAS, COASTAL TRANSPORTATION SERVICES INCORPORATED a/k/a COASTAL MEDICAL SERVICE by and through their attorney of record, Bobby D. Brown, Law Office of Bobby D. Brown, 104 Kelly Drive, Suite D, Victoria, Texas 77901.

Notice is hereby given that after a reasonable amount of time after the service of this notice, the oral/video deposition of **ROBERT HENDRICK** will be taken before Tammy C. Watkins, Registered Professional Reporter. Said deposition will be taken at 104 Kelly Drive, Suite D, Victoria, Texas 77904 (361-572-9944). The deposition will be taken **Wednesday, July 26, 2006, and will begin at 1:30 p.m**.  Said deposition will be taken by oral examination and answers to be used as testimony at the trial of the above-styled and numbered cause.

The undersigned intends to have a non-stenographic record made of the deposition of ROBERT HENDRICK by use of videotape recording.

Pursuant to the Texas Rules of Civil Procedure, Plaintiffs' Notice of Intention to Take the Oral/Video Deposition of ROBERT HENDRICK and of Documents to be Produced is being served upon the witness directing him to appear before said officer at the time and place stated in this

Notice and the following materials are hereby designated to be produced by said witness:

1. Any and all recorded statements related to the occurrences in question.

2. Any and all correspondence between you and the parties to this lawsuit related to the occurrences in question.

3. Any and all notes, diaries, communications and/or other documents that relate to, discuss, or otherwise reference any of the events that are made the basis of this lawsuit as set forth in Plaintiff's most recent Complaint.

4. Any and all notes, diaries, communications and/or other documents that relate to your employment with Defendants.

5. Any and all notes, diaries, communications and/or other documents that relate to Plaintiffs' employment with Defendants.

6. Any and all notes, diaries, communications and/or other documents that relate to Plaintiff's compensation for time worked while employed by Defendants.

    Respectfully Submitted,

    **COLE, COLE & EASLEY, P.C.**
    302 West Forrest
    P.O. Box 510
    Victoria, Texas 77902-0510
    Telephone: (361) 575-0551
    Facsimile: (361) 575-0986

    /s/ *William L. Sciba, III*
By: _____
    **WILLIAM L. SCIBA, III**
    State Bar No. 00792824
    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a copy of the Certificate of Disclosure of Interested Persons was provided to all counsel of record, via automated Notice of Electronic Filing to Filing Users and/or certified mail and/or facsimile, in accordance with the Federal Rules of Civil Procedure, on this 20th day of June, 2006, as follows:

    Mr. Bob D. Brown

       Law Office of Bobby D. Brown
       104 Kelly Drive, Suite D
       Victoria, Texas 77904
       ***Via Automated Notice of Electronic Filing***